**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――――

**No. 23-1009**

―――――――――――――

JOSEPH CLARK,

        Plaintiff - Appellant,

    v.

TROOPER ANDREW DAULTON,

        Defendant - Appellee.

―――――――――――――

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.  Norman K. Moon, Senior District Judge.  (6:22-cv-00062-NKM-RSB)

―――――――――――――

Submitted:  July 20, 2023                           Decided:  July 24, 2023

―――――――――――――

Before NIEMEYER and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

―――――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――――

Joseph Clark, Appellant Pro Se.

―――――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Clark appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Clark v. Daulton*, No. 6:22-cv-00062-NKM-RSH (W.D. Va. Dec. 28, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*